IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAY R. SCHECTER, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO. 11-1617 |
| BUCKS COUNTY, DEPUTY WARDEN LILLIAN BUDD and SGT. RONALD LORENZ, | : | |
| Defendants. | : | |

**O R D E R**

**AND NOW**, this 12th day of July 2011, upon consideration of defendants' Motion to Dismiss Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) or in the Alternative for Summary Judgment (Document No. 14, filed June 27, 2011), plaintiff's pro se Answer to Defendants' Motion to Dismiss (Document No. 19, filed July 7, 2011), plaintiff's pro se Motion for Default Judgment (Document No. 17, filed July 5, 2011), plaintiff's pro se Motion for Summary Judgment (Document No. 18, filed July 5, 2011), Defendants' Response to Plaintiff's Motion for Default Judgment and Motion for Summary Judgment (Document No. 20, filed July 12, 2011) and plaintiff's pro se Motion to Appoint Counsel (Document No. 10, filed May 11, 2011), for the reasons set forth in the Memorandum dated July 12, 2011, **IT IS ORDERED** as follows:

1. Plaintiff's pro se Motion for Default Judgment (Document No. 17, filed July 5, 2011) is **DENIED**;

-2-

2.  Plaintiff's pro se Motion for Summary Judgment (Document No. 18, filed July 5, 2011) is **DENIED**;

3.  Defendants' Motion to Dismiss Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) (Document No. 14, filed June 27, 2011) is **GRANTED**;

4.  Plaintiff's pro se Complaint is **DISMISSED WITH PREJUDICE**;

5.  Defendants' Motion in the Alternative for Summary Judgment (Document No. 14, filed June 27, 2011) is **DENIED AS MOOT**;

6.  Plaintiff's pro se Motion to Appoint Counsel (Document No. 10, filed May 11, 2011) is **DENIED AS MOOT**; and

7.  The Clerk of Court shall **MARK** the case **CLOSED**.

                                           **BY THE COURT:**

                                         /s/ Hon. Jan E. DuBois
                                        **JAN E. DUBOIS, J.**